**Slip Op 01-70**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: CHIEF JUDGE GREGORY W. CARMAN**

_____

BETHLEHEM STEEL CORPORATION, *et al.*, :
                                     :

          **Plaintiffs,** :

                                       :

      **v.** : **Court No: 00-03-00116**

                                         :

UNITED STATES, :

                                         :

          **Defendant,** :

    **&** :

POHANG IRON & STEEL CO., :

          **Defendant-Intervenor.** :
_____:

**ORDER**

      Upon consideration of the United States' motion for Clarification and to Amend the Judgment, and upon the consent of Bethlehem Steel corporation and U.S. Steel Group, a unit of USX Corporation, and upon receiving no response from Pohang Iron & Steel Co., it is hereby

      **ORDERED** that the motion is granted, and it is further

      **ORDERED** that the judgment entered by the Court on April 4, 2001 is amended by striking from page 24 of Slip-Op. 01-38 the word "inherent" from before the word "characteristics" and by changing the phrase "51% of the financial benefits" on page 24 of Slip-Op. 01-38 to "51% of the discounts."

      **SO ORDERED**

                                     _____
                                     Gregory W. Carman,
                                     Chief Judge

Dated: June 7, 2001
      New York, New York